IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITE HERE LOCAL I., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No: 09 cv 7363 |
| | ) |
| THOR EQUITIES, LLC, THOR PALMER HOUSE HOTEL & SHOPS, LLC, THOR PALMER HOUSE HOTEL, LLC, JOHN DOES 1 THROUGH 20, HILTON HOTELS CORPORATION, HILTON ILLINOIS CORPORATION, and HLT PALMER LLC, collectively d/b/a "THE PALMER HOUSE HILTON," | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 AND LOCAL
RULE 3.2 FOR DEFENDANTS THOR EQUITIES, LLC, THOR PALMER
HOUSE HOTEL & SHOPS, LLC, AND THOR PALMER HOUSE HOTEL, LLC**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois, Defendants Thor Equities, LLC, Thor Palmer House Hotel & Shops, LLC, and Thor Palmer House Hotel, LLC, by their attorneys, Proskauer Rose LLP, hereby state that none of them has any public shareholders and that none of them has any publicly-held affiliates.

Thor Palmer House Hotel, LLC and Thor Palmer House Hotel & Shops, LLC are indirectly owned, in part, by the Thor Urban Property Fund, Inc., which has public investors, but no public entity owns more than 10% of the Thor Urban Property Fund, Inc.

1

2

          PROSKAUER ROSE LLP

By:    */s/ Catherine J. Spector*
      Catherine Spector (ARDC# 6287459)
      Three First National Plaza
      70 West Madison
      Suite 3800
      Chicago, IL 60602-4342
      Tel: 312.962.3550
      Fax: 312.962.3551
      cspector@proskauer.com

      *Attorney for Defendants*

Of counsel:

Michael Lebowich
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

6527/73175-006 Current/17457073v1

## CERTIFICATE OF SERVICE

I, Catherine J. Spector, an attorney, hereby certify that on January 25, 2010, I caused a copy of the foregoing Disclosure Statement Pursuant to Rule 7.1 and Local Rule 3.2 For Defendants Thor Equities, LLC, Thor Palmer House Hotel & Shops, LLC, and Thor Palmer House Hotel, LLC to be filed and served by CM/ECF to the parties registered with the Court's CM/ECF system.

By:    */s/ Catherine J. Spector*
       Catherine J. Spector